# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | **)** | Chapter 7 |
| | **)** | Case No. 12-42379 |
| Genevieve C. Hill, | **)** | |
| | **)** | Hon. Jacqueline P. Cox |
| Debtor. | **)** | |
| | **)** | **Date: August 21, 2014** |
| | **)** | **Time: 9:30 a.m.** |

## CERTIFICATE OF SERVICE

I, N. Neville Reid, certify that on **July 24, 2014**, I caused copies of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object** [Dkt. 41]; **Trustee's Final Application for Compensation** [Dkt. 40]; and the **First and Final Application of Fox, Swibel, Levin & Carroll, LLP, for Allowance and Payment of Administrative Claim for Compensation and Reimbursement of Expenses** [Dkt. 39], to be filed electronically, with a copy to be served upon all parties listed on the attached Service List by first-class U.S. Mail and to be served electronically upon all parties set up to receive notice through the Court's ECF filing system.


*/s/ N. Neville Reid*
N. Neville Reid

1

1345377v1

## SERVICE LIST

**Parties to receive notice through Court's ECF filing system:**

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Jonathan D Parker, on behalf of Debtor Genevieve C. Hill
ndil@geracilaw.com

**Parties to receive notice via first-class U.S. mail postage prepaid:**

| | | |
|---|---|---|
| Genevieve C Hill<br>431 W Oakdale Ave<br>Apt. #14C<br>Chicago, IL 60657 | Assoc. For Oral, Maxillofacial<br>Attn: Bankruptcy Dept.<br>10 N. Ridge Ave<br>Mount Prospect, IL 60056 | Bank of America<br>c/o Cavalry Portfolio SERV<br>7 Skyline Dr Ste 3<br>Hawthorne, NY 10532 |
| BP/Chase<br>Bankruptcy Department<br>PO Box 15298<br>Wilmington, DE 19886 | Capital One<br>Attn: Bankruptcy Dept.<br>Po Box 85520<br>Richmond, VA 23285 | Chase Bank USA, N.A.<br>c/o Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 |
| Chase Mortgage<br>Bankruptcy Department<br>P.O. Box 24696<br>Columbus, OH 43224 | Equifax<br>Attn: Bankruptcy Dept.<br>P.O. Box 740241<br>Atlanta, GA 30374 | Experian<br>Attn: Bankruptcy Dept.<br>P.O. Box 2002<br>Allen, TX 75013 |
| Head & Neck & Cosmetic Surg<br>Attn: Bankruptcy Dept.<br>P.O. Box 809094<br>Chicago, IL 60680 | Household Finance<br>c/o Asset Acceptance LLC<br>P.O. Box 2036<br>Warren, MI 48090 | Internal Revenue Service<br>Bankruptcy Dept.<br>P.O. Box 7346<br>Philadelphia, PA 19101 |
| IRS Priority Debt<br>Attn: Bankruptcy Dept.<br>P.O. Box 7346<br>Philadelphia, PA 19101 | JPMorgan Chase Bank, N.A.<br>c/o Five Lakes Agency, Inc.<br>P.O. Box 80730<br>Rochester, MI 48308-0730 | Litton Loan Servicing, LP<br>Bankruptcy Department<br>4828 Loop Central Drive<br>Houston, TX 77081 |
| Mcydsnb<br>Attn: Bankruptcy Dept.<br>9111 Duke Blvd<br>Mason, OH 45040 | Racine County Clerk of Court<br>c/o Professional Placement<br>272 N 12th St<br>Milwaukee, WI 53233 | RCN<br>c/o NCO FIN 15<br>507 Prudential Rd<br>Horsham, PA 19044 |
| Transunion<br>Attn: Bankruptcy Dept.<br>P.O. Box 1000<br>Chester, PA 19022 | Capital One Bank (USA), N.A.<br>American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Cavalry SPV I, LLC assignee of<br>Bank of America/FIA<br>Card Services NA<br>Cavalry Portfolio Services<br>500 Summit Lake Drive Suite 400<br>Valhalla, NY 10595-1340 |

1345377v1