UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                  §
                                        §
GENEVIEVE C HILL                        §    Case No. 1:12-42379-JPC
                                        §
           Debtor(s)                    §

NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that N. Neville Reid, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 08/21/2014 in Courtroom 680,

United States Bankruptcy Court
219 South Dearborn Street
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/24/2014            By: /s/ N. Neville Reid
                                        Chapter 7 Trustee

*N. Neville Reid, Trustee*
*Fox, Swibel, Levin & Swibel*
*200 West Madison Street*
*Suite 3000*
*Chicago, IL  60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   §
         §
GENEVIEVE C HILL   §   Case No. 1:12-42379-JPC
         §
Debtor(s)   §

SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 9,000.00 |
| and approved disbursements of | $ | 53.60 |
| leaving a balance on hand of[1] | $ | 8,946.40 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1A | DEPARTMENT OF TREASURY- INTERNAL REV | $ 44,210.83 | $ 44,210.83 | $ 0.00 | $ 4,296.40 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 4,296.40 |
| Remaining Balance | $ 4,650.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: TRU TRUSTEE FEES: N. NEVILLE REID | $ 1,650.00 | $ 0.00 | $ 1,650.00 |
| Attorney for Trustee Fees: FOX SWIBEL LEVIN & CARROLL, LLP | $ 3,000.00 | $ 0.00 | $ 3,000.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 4,650.00 |
| Remaining Balance | $ 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 10,284.11 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1B | DEPARTMENT OF TREASURY-INTERNAL REV | $ 10,284.11 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 63,605.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | CAPITAL ONE BANK (USA) N. A. | $ 23,870.80 | $ 0.00 | $ 0.00 |
| 3 | ASSET ACCEPTANCE LLC ASSIGNEE | $ 18,713.63 | $ 0.00 | $ 0.00 |
| 4 | MAXILLOFACIAL ASSOCIATES FOR ORAL | $ 833.32 | $ 0.00 | $ 0.00 |
| 5 | CAVALRY SPV I, LLC ASSIGNEE OF | $ 9,565.35 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | CAVALRY SPV I, LLC ASSIGNEE OF | $ 10,622.70 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 2,906.34 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1C | DEPARTMENT OF TREASURY- | $ 2,906.34 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Prepared By: /s/ N. Neville Reid
Chapter 7 Trustee

*N. Neville Reid, Trustee*
*Fox, Swibel, Levin & Swibel*
*200 West Madison Street*
*Suite 3000*
*Chicago, IL  60606*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-42379-JPC
Genevieve C Hill                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: ccabrales        Page 1 of 2        Date Rcvd: Jul 25, 2014
                            Form ID: pdf006        Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2014.
```
db          #+Genevieve C Hill,    431 W Oakdale Ave,   APT# 14C,   Chicago, IL 60657-5995
aty          +Fox, Swibel, Levin & Carroll, LLP,    200 W Madison Street, Suite 3000,   Chicago, IL 60606-3417
19612287     +Associates For Oral, Maxillofacial,    and Implant Surgery Ltd,   10 N. Ridge Ave,
               Mount Prospect, IL 60056-2428
19612285     +BP/Chase,   Bankruptcy Department,    PO Box 15298,   Wilmington, DE 19886-5298
19612278    ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    Attn: Bankruptcy Dept.,   Po Box 85520,
               Richmond, VA 23285)
20584572      Capital One Bank (USA), N.A.,    American InfoSource LP as agent,   PO Box 71083,
               Charlotte, NC 28272-1083
19612283     +Chase Mortgage,   Bankruptcy Department,    PO BOX 24696,   Columbus, OH 43224-0696
19612274     +Equifax,   Attn: Bankruptcy Dept.,    PO Box 740241,   Atlanta, GA 30374-0241
19612275     +Experian,   Attn: Bankruptcy Dept.,    PO Box 2002,   Allen, TX 75013-2002
19612286     +Head & Neck & Cosmetic Surg,    Attn: Bankruptcy Dept.,   PO BOX 809094,   Chicago, IL 60680-9094
19666833      JPMorgan Chase Bank, N.A.,   c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
               Rochester, MI 48308-0730
19612284     +Litton Loan Servicing, LP,    Bankruptcy Department,   4828 Loop Central Drive,
               Houston, TX 77081-2193
19612277     +Mcydsnb,   Attn: Bankruptcy Dept.,    9111 Duke Blvd,   Mason, OH 45040-8999
19612270     +Racine County Clerk OF Court,    C/O Professional Placement,   272 N 12Th St,
               Milwaukee, WI 53233-2604
19612276     +Transunion,   Attn: Bankruptcy Dept.,    PO Box 1000,   Chester, PA 19016-1000
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20598440     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 25 2014 19:58:32
               Asset Acceptance LLC assignee,   Household Finance,   PO Box 2036,   Warren, MI 48090-2036
19612268     +E-mail/Text: bankruptcy@cavps.com Jul 25 2014 19:59:21     BANK OF America,
               C/O Cavalry Portfolio SERV,   7 Skyline Dr Ste 3,   Hawthorne, NY 10532-2162
20758479     +E-mail/Text: bankruptcy@cavps.com Jul 25 2014 19:59:21     Cavalry SPV I, LLC assignee of,
               Bank of America/FIA Card Services NA,    Cavalry Portfolio Services,
               500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
19612273     +E-mail/Text: bankruptcydpt@mcmcg.com Jul 25 2014 19:58:38     Chase BANK USA  N.A.,
               C/O Midland Funding,   8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
20515627     +E-mail/Text: cio.bncmail@irs.gov Jul 25 2014 19:58:01
               Department of Treasury-Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
19612267     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 25 2014 19:58:32     Household Finance,
               C/O Asset Acceptance LLC,   Po Box 2036,   Warren, MI 48090-2036
19612279     +E-mail/Text: cio.bncmail@irs.gov Jul 25 2014 19:58:02     IRS Non-Priority,
               Attn: Bankruptcy Dept.,   PO Box 7346,   Philadelphia, PA 19101-7346
19612282     +E-mail/Text: cio.bncmail@irs.gov Jul 25 2014 19:58:02     IRS Priority Debt,
               Attn: Bankruptcy Dept.,   PO Box 7346,   Philadelphia, PA 19101-7346
19612272     +E-mail/Text: bankruptcydepartment@ncogroup.com Jul 25 2014 19:59:06     RCN,   C/O NCO FIN 15,
               507 Prudential Rd,   Horsham, PA 19044-2308
                                                                                              TOTAL: 9
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19612269*    +BANK OF America,   C/O Cavalry Portfolio SERV,   7 Skyline Dr Ste 3,   Hawthorne, NY 10532-2162
19612280*    +IRS Non-Priority,   Attn: Bankruptcy Dept.,   PO Box 7346,   Philadelphia, PA 19101-7346
19612281*    +IRS Non-Priority,   Attn: Bankruptcy Dept.,   PO Box 7346,   Philadelphia, PA 19101-7346
19612271*    +Racine County Clerk OF Court,   C/O Professional Placement,   272 N 12Th St,
               Milwaukee, WI 53233-2604
                                                                                 TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2014                             Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: ccabrales            Page 2 of 2              Date Rcvd: Jul 25, 2014
                              Form ID: pdf006            Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2014 at the address(es) listed below:
          Jonathan D Parker    on behalf of Debtor Genevieve C Hill ndil@geracilaw.com
          N. Neville Reid    nreid@fslc.com,   nreid@ecf.epiqsystems.com
          N. Neville Reid    on behalf of Trustee N. Neville Reid nreid@fslc.com,   nreid@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                           TOTAL: 4
```