UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
GENEVIEVE C HILL                      §    Case No. 1:12-42379-JPC
                                      §
                                      §
         Debtor(s)                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  N. Neville Reid, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on            . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/N. Neville Reid, Trustee_____
                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | IRS Non-Priority Attn: Bankruptcy Dept. PO Box 7346 Philadelphia PA 19101 |  |  |  |  |  |
| 2 | IRS Non-Priority Attn: Bankruptcy Dept. PO Box 7346 Philadelphia PA 19101 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 3 IRS Non-Priority Attn: Bankruptcy Dept. PO Box 7346 Philadelphia PA 19101 | | | | | |
| 1A | DEPARTMENT OF TREASURY-INTERNAL REV | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRU TRUSTEE FEES: N. NEVILLE REID | | | | | |
| Suite 420 701 Poydras Street New Orleans, LA  70139 504-581-6404 | | | | | |
| ASSOCIATED BANK | | | | | |
| FOX SWIBEL LEVIN & CARROLL, LLP | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 IRS Priority Debt Attn: Bankruptcy Dept. PO Box 7346 Philadelphia PA 19101 | | | | | |
| 1B | DEPARTMENT OF TREASURY-INTERNAL REV | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 Assoc. For Oral, Maxillofacial Attn: Bankruptcy Dept. 10 N. Ridge Ave Mount Prospect IL 60056 | | | | | |
| | 10 Head & Neck & Cosmetic Surg Attn: Bankruptcy Dept. PO BOX 809094 Chicago IL 60680 | | | | | |
| | 11 Household Finance C/O Asset Acceptance LLC Po Box 2036 Warren MI 48090 | | | | | |
| | 12 Litton Loan Servicing, LP Bankruptcy Department 4828 Loop Central Drive Houston TX 77081 | | | | | |
| | 13 Mcydsnb Attn: Bankruptcy Dept. 9111 Duke Blvd Mason OH 45040 | | | | | |
| | 14 Racine County Clerk OF Court C/O Professional Placement 272 N 12Th St Milwaukee WI 53233 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 15 Racine County Clerk OF Court C/O Professional Placement 272 N 12Th St Milwaukee WI 53233 | | | | | |
| | 16 RCN C/O NCO FIN 15 507 Prudential Rd Horsham PA 19044 | | | | | |
| | 17 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | 2 BANK OF America C/O Cavalry Portfolio SERV 7 Skyline Dr Ste 3 Hawthorne NY 10532 | | | | | |
| | 3 BANK OF America C/O Cavalry Portfolio SERV 7 Skyline Dr Ste 3 Hawthorne NY 10532 | | | | | |
| | 4 BP/Chase Bankruptcy Department PO Box 15298 Wilmington DE 19886 | | | | | |
| | 5 Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | 6 Chase BANK USA  N.A. C/O Midland Funding 8875 Aero Dr Ste 200 San Diego CA 92123 |  |  |  |  |  |
|  | 7 Chase Mortgage Bankruptcy Department PO BOX 24696 Columbus OH 43224 |  |  |  |  |  |
|  | 8 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 |  |  |  |  |  |
|  | 9 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 |  |  |  |  |  |
| 3 | ASSET ACCEPTANCE LLC ASSIGNEE |  |  |  |  |  |
| 2 | CAPITAL ONE BANK (USA) N. A. |  |  |  |  |  |
| 5 | CAVALRY SPV I, LLC ASSIGNEE OF |  |  |  |  |  |
| 6 | CAVALRY SPV I, LLC ASSIGNEE OF |  |  |  |  |  |
| 4 | MAXILLOFACIAL ASSOCIATES FOR ORAL |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1C | DEPARTMENT OF TREASURY- | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| Case No: | 12-42379 | JPC | Judge: | Jacqueline P. Cox | | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|---|
| Case Name: | GENEVIEVE C HILL | | | | | Date Filed (f) or Converted (c): | 10/25/2012 (f) |
| | | | | | | 341(a) Meeting Date: | 12/17/2012 |
| For Period Ending: | 11/18/2014 | | | | | Claims Bar Date: | 08/21/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Household Goods<br><br>Household goods; TV, DVD player, TV stand, stereo, sofa, vacuum, table, chairs, lamps, bedroom sets, washer/dryer, stove, refrigerator, microwave, dishes/flatware, pots/pans | 2,000.00 | 0.00 | | 0.00 | FA |
| 2. Books / Collectibles<br><br>Books, Compact Discs, Tapes/Records, Family Pictures | 100.00 | 0.00 | | 0.00 | FA |
| 3. Wearing Apparel<br><br>Necessary wearing apparel. | 250.00 | 0.00 | | 0.00 | FA |
| 4. Furs and Jewelry<br><br>Earrings, watch, costume jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 5. Stock<br><br>Sole owner of GMFH LLC. Only asset is a bank account at Bridgeview Bank with approximately $1,500 on deposit. | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Accounts Receivable<br><br>1) Debtor's ex-boyfriend, Khorram Chaudhry, owes her approximately $25,000. The debtor believes that this sum is not collectible.<br>2) Debtor's friend, Michael Walker, owes her $6,000. The debtor believes that this sum is not collectible.<br>3) Debtor's sister, Marcella Deal, owes her $7,000. The debtor believes that this sum is not collectible. | 38,000.00 | 0.00 | | 0.00 | FA |
| 7. Contingent Claims<br><br>Potential medical malpractice claim against dentist (Dr. John Costello and Dr. Ernest Costello) for botched wisdom tooth extraction. The dentist damaged the debtor's lingual nerve. - Unknown<br><br>Earned but unpaid commissions. $30,000 approximate gross is due. But the sales are still in attorney review and @properites will withhold approx. $8,500 for advertsising and other fees and health ins. premiums. - $30,000 | 30,000.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-42379 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | GENEVIEVE C HILL | | | | Date Filed (f) or Converted (c): | 10/25/2012 (f) |
| | | | | | 341(a) Meeting Date: | 12/17/2012 |
| For Period Ending: | 11/18/2014 | | | | Claims Bar Date: | 08/21/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 8. General Intangibles<br><br>Real estate broker's license, not transferrable | 0.00 | 0.00 | | 0.00 | FA |
| 9. Vehicles<br><br>Stella Scooter - $3,200<br>2002 Lexus SC430 with 42,000 miles - $13,000 | 16,200.00 | 0.00 | | 9,000.00 | FA |
| 10. Animals<br><br>Dog | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $88,350.00      $0.00      $9,000.00      $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR to be filed no later than March 31, 2014.


Initial Projected Date of Final Report (TFR): 12/31/2014      Current Projected Date of Final Report (TFR): 12/29/2014

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | |
|---|---|---|---|
| Case No: | 12-42379 | Trustee Name: | N. Neville Reid, Trustee |
| Case Name: | GENEVIEVE C HILL | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX3695 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX5065 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/18/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/20/13 | 9 | BANK OF AMERICA (Cashier's Check No. 0750558)Lincoln Park Center | Sale of Vehicle | 1129-000 | $9,000.00 | | $9,000.00 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $8,990.00 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $12.93 | $8,977.07 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $13.35 | $8,963.72 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $13.33 | $8,950.39 |
| 04/07/14 | 300001 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA  70139504-581-6404 | Blanket Bond Disbursement Blanket Bond Amount $71,065,000.00 Liberty Mutual Insurance Company Bond # 016016455 Term:  02/01/14 to 02/01/15 | 2300-000 | | $3.99 | $8,946.40 |
| 08/26/14 | 300002 | Fox Swibel Levin & Carroll LLP 200 West Madison Street Suite 3000 Chicago, IL  60606 | First and Final Fee Application per Dkt. 45 Order dated 8-21-14 For the Period of May 1, 2013 thru July 17, 2014 | 3110-000 | | $3,000.00 | $5,946.40 |
| 08/26/14 | 300003 | N. NEVILLE REID AS CHAPTER 7 TRUSTEE for the Estate of Genevieve C. Hill 200 W. Madison Street, Suite 3000 Chicago, IL  60606 | Fee Application Compensation per Dkt. 46 Order dated August 21, 2014 | 2100-000 | | $1,650.00 | $4,296.40 |
| 09/26/14 | 300004 | DEPARTMENT OF TREASURY-INTERNAL REV Internal Revenue Service PO Box 7346 Philadelphia, PA  19114 | Final distribution to claim 1 representing a payment of 41.78 % per court order. | 5800-000 | | $4,296.40 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $9,000.00 | $9,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $9,000.00 | $9,000.00 |
| Page Subtotals: | $9,000.00 | $9,000.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

| | | |
|---|---:|---:|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $9,000.00 | $9,000.00 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3695 - Checking Account (Non-Interest Earn | $9,000.00 | $9,000.00 | $0.00 |
|  | $9,000.00 | $9,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $9,000.00 |
| Total Gross Receipts: | $9,000.00 |

Page Subtotals:     $0.00     $0.00

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*